IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HARLEYSVILLE WORCESTER INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>SELDIN COMPANY, MAPLE SECOND AVE, LLC, JAMES MENARD, as Co-Personal Representatives of the Estate of Traci C. Sheibal, Deceased; CYNTHIA MENARD, as Co-Personal Representatives of the Estate of Traci C. Sheibal, Deceased; and CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>    Defendants. | 8:14CV43<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 21st day of May, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge